# EXHIBIT C

Case 1:24-cv-07132-RER-MMH    Document 21-3    Filed 01/22/25    Page 1 of 2 PageID #: 111

**From: Daphné P** dpierredpierre@gmail.com
**Subject:** Concerning Pattern of Behavior
**Date:** April 23, 2023 at 11:47 PM
**To:** daphne.pierre@citi.com

Hi Leslie,

I hope you're doing well.

I'm saddened that I have to share this, but I feel that I have to share in my role leading Fair Employment Practices, and as a woman, even though I've been afraid to come forward.

I wanted to share with you directly a pattern of behavior from Jason and Patrick that I believe is concerning me due to my pregnancy illness. I've been on the receiving end of disparate treatment since I've notified Patrick of my pregnancy illness. I feel like I am being targeted and that is why I am coming to you directly.  Here are some examples:

- FEP Candidate Skipping Process.  During my time on intermittent FMLA, Patrick expedited a candidate that I have not yet interviewed to interview with him.  For context, this role was expected to be filled in January, and has been open for four months.  When I responded with the list of candidates I chose to interview, the recruiter informed me that Patrick was scheduled to interview a candidate who skipped the first two interviews (myself and my team interviews).  The recruiter then informed me that another preferred candidate had withdrawn (this has happened more than once).  This is my first time as a hiring manager where my initial interview for a candidate was skipped.
- Heightened Scrutiny. There has been a heightened amount of scrutiny since sharing that I am pregnant. This includes instances of calling my leadership into question by needing outside counsel to confirm my opinion as the fair employment practices subject matter expert, and excluding me from directives given to my subordinate team leaders including changes to project plans. For example, when I informed Jason and Patrick that two of our reports did not have deadlines prescribed by regulation, my opinion was dismissed until I was able to secure an opinion from outside counsel confirming such.
- Questioning My Oversight. Most recently, during my time on intermittent FMLA, Patrick added daily recurring team meetings. This occurred despite the fact that in advance of my few FMLA days out, I sent Patrick and Ivy a list of who was doing what, and this occurred despite the fact that I had daily calls with our data analyst during my time out to track report progress.

This is just a sample of the different types of treatment I am receiving from Jason and Patrick since sharing that I am pregnant.  These experiences make it difficult to focus on health when I feel that there may be career repercussions for things outside of my control.

I hope that coming to you will provide me an opportunity to be treated fairly during my pregnancy and in my role as the Head of Fair Employment Practices.

Best,

Daphné